UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

               Case No. 10-cv-142

vs.

STUART BURKI AND JUDY BURKI,

    Defendants.

---

## ENTRY OF DEFAULT

---

   Plaintiff requests that the Clerk of Court enter default against defendants Stuart Burki and Judy Burki pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that defendants have failed to appear plead or otherwise defend, the default of defendants Stuart Burki and Judy Burki are hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

   Dated this 12th day of July, 2010.

                 _Peter Oppeneer_

                 PETER OPPENEER
                 Clerk of Court