IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STUART BURKI AND JUDY BURKI,<br><br>Defendants. | Case No. 10-CV-142 |

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendants have failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendants default is hereby entered.

A default having been entered against the defendants, and counsel for the plaintiff having requested judgment against the defaulted defendants and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Stuart Burki, as follows:

| | | |
|---|---|---|
| A. | Principal | $2,625.00 |
| | Interest through 2/5/2009 | $5,003.32 |
| | Interest from 2/6/2009 through 7/6/2010 | $ 371.52 |
| | TOTAL | $7,999.84 |

together with interest thereon at the rate of 10% per annum until the date judgment is entered, plus interest on the judgment at the legal rate until satisfaction of the debt.

Judgement is rendered in favor of the plaintiff, United States of America, and against the defendants, Stuart Burki and Judy Burki, jointly and severally, as follows:

| | | |
|---|---|---|
| B. | Principal | $ 1,800.00 |
| | Interest through 2/5/2009 | $ 2,876.24 |
| | Interest from 2/6/2009 through 7/6/2010 | $ 108.77 |
| | TOTAL | $4,785.01 |

together with interest thereon at the rate of 5.82% through June 30, 2009, and interest thereafter at such rate as the DOE establishes pursuant to § 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1077a. until the date judgment is entered, interest on the judgment at the legal rate until satisfaction of the debt, including a civil filing fee of $350.00 and a Marshals fee of $155.00.[1]

Dated this 12th day of July, 2010.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court

---

[1] Defendant, Stuart Burki owes a total amount due of $12,304.56. Defendant, Judy Burki co-signed for Stuart Burki on 9/10/88 and owes a total amount due of $4,676.24.